In the Matter of JOAN GORMLEY, Petitioner, v. SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

In the Matter of the Estate of EVA K. GREENE, Deceased. ALFRED GREENE, Respondent; WILLIAM S. HERRMANN, Appellant.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

In the Matter of E. LLEWELLYN REEVE, Appellant, v. NEW YORK STATE CIVIL SERVICE COMMISSION et al., Respondents.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

In the Matter of MARY A. RIORDAN. BURKE ARMSTRONG, Appellant.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

In the Matter of WINIFRED Q. SPRAGUE, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent, and PHILBERN REALTY CORP., Intervenor-Respondent.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

GERALDINE F. KENDRICK, Appellant, v. JOHN KENDRICK, Respondent.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.